# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hamilton, Jean C. | US District Court, EDMO | 04/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

111 South Tenth Street
St. Louis, MO 63102

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Care and Counseling |
| 2. | Attorney in Fact under the Durable Power of Attorney Law of Missouri | Durable Power of Attorney #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 04/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Missouri Judges Retirement System - pension | $40,705.13 |
| 2. 2020 | IRA Distribution | $4,598.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | David A. Blanton | February 2020 | Arizona | vacation | Lodging, partial food & partial transportation |
| 2. | David A. Blanton | August 2020 | Wisconsin | vacation | Lodging, partial food & partial transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 04/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.   David A. Blanton | apparel | $493.78 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hamilton, Jean C.** | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. US Bank -2 accts. | A | Interest | N | T | | | | | |
| 2. Bank of America 1 acct. | A | Interest | K | T | | | | | |
| 3. IRA - TD Ameritrade | | | | | | | | | |
| 4. a. DFA International Core Equity Institutional | A | Dividend | J | T | | | | | |
| 5. b. DFA US Vector Equity Institutional | A | Dividend | J | T | | | | | |
| 6. c. DFA US Core Equity 2 Institutional | A | Dividend | K | T | | | | | |
| 7. d. DFA Emerging Markets Core Equity Institutional | A | Dividend | J | T | | | | | |
| 8. e. DFA Large Cap Value Institutional | A | Dividend | J | T | | | | | |
| 9. f. DFA Five Year Global Fixed Inc. 1 | A | Dividend | J | T | | | | | |
| 10. g. Vanguard Short Term Invest. Grade Admiral | A | Dividend | J | T | | | | | |
| 11. | | | | | | | | | |
| 12. Brokerage Account #3 | | | | | | | | | |
| 13. a. 3M (Minn. Mining & Mfg) - com. | C | Dividend | M | T | | | | | |
| 14. b. Home Depot - com. | D | Dividend | M | T | | | | | |
| 15. c. IBM - com. | D | Dividend | M | T | | | | | |
| 16. d. Pfizer - com. | A | Dividend | J | T | | | | | |
| 17. e. Proctor & Gamble - com. | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. f. Walt Disney - com. | A | Dividend | L | T | | | | | |
| 19. g. American International Group warrant | A | Dividend | J | T | | | | | |
| 20. h. AT & T - com. | C | Dividend | K | T | | | | | |
| 21. i. Kraft Heinz - com. | A | Dividend | J | T | | | | | |
| 22. j. Mondelez International. - com. | B | Dividend | L | T | | | | | |
| 23. k. Philip Morris International - com. | D | Dividend | M | T | | | | | |
| 24. l. Viatris Inc. - com. | A | | J | T | Spinoff (from line 16) | | | | |
| 25. m. DFA Emerging Markets Institutional DFEMX | B | Dividend | L | T | Buy (add'l) | 03/17/20 | K | | |
| 26. n. DFA Int'l Core Equity Institutional DFIEX | | | | | Sold | 03/16/20 | M | E | |
| 27. o. DFA US Vector Equity Institutional DFVEX | | | | | Sold | 03/16/20 | M | A | |
| 28. p. DFA Tax Managed International Value Institutional DTMIX | | | | | Sold | 03/16/20 | M | A | |
| 29. q. DFA Tax Managed US Marketwide Value Institutional DFMVX | | | | | Sold | 03/16/20 | M | A | |
| 30. r. Vanguard Short Term Investment Grade Admiral VFSUX | D | Dividend | L | T | Sold (part) | 03/16/20 | L | A | |
| 31. | | | | | Sold (part) | 03/17/20 | K | A | |
| 32. | | | | | Buy (add'l) | 08/11/20 | L | | |
| 33. | | | | | Buy (add'l) | 12/28/20 | L | | |
| 34. s. DFA US Core Equity 2 Institutional DFQTX | D | Dividend | O | T | Sold (part) | 08/11/20 | L | E | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | t. DFA Emerging Markets Core Equity Institutional DFCEX | | | | | Sold | 03/17/20 | K | A | |
| 36. | u. DFA Two Year Global Fixed Income 1 Institutional DFGFX | A | Dividend | M | T | Sold (part) | 03/16/20 | K | A | |
| 37. | v. BNY Mellon Muni Bond Fund DRTAX | B | Dividend | L | T | | | | | |
| 38. | w. DFA Five Year Global Fixed Income Institutional DFGBX | A | Dividend | L | T | Buy | 08/11/20 | K | | |
| 39. | | | | | | Buy (add'l) | 12/28/20 | K | | |
| 40. | x. DFA TA World Ex US Core Equity I DFTWX | D | Dividend | O | T | Buy | 03/16/20 | N | | |
| 41. | | | | | | Sold (part) | 12/28/20 | K | D | |
| 42. | y. DFA TA US Core Equity 2 Institutional DFTCX | D | Dividend | N | T | Buy | 03/16/20 | M | | |
| 43. | | | | | | Sold (part) | 12/28/20 | J | A | |
| 44. | z. DFA US Large Cap Value Institutional DFUVX | D | Dividend | N | T | Buy | 03/16/20 | M | | |
| 45. | | | | | | | | | | |
| 46. | | | | | | | | | | |
| 47. | | | | | | | | | | |
| 48. | | | | | | | | | | |
| 49. | | | | | | | | | | |
| 50. | | | | | | | | | | |
| 51. | | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hamilton, Jean C.** | 04/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. Positions

2.     Although I have exercised my authority under the Durable Power of Attorney, I have no beneficial interest nor do I receive income from the trust estate or any other assets.

VIII.  Investments and Trusts

Line 24.     Viatris, Inc. is a spin-off from Pfizer as of 11/16/20.  Income generated in 2020 was cash in lieu of stock.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jean C. Hamilton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544